UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                         CASE NO.: 14-28846-BKC-RAM
                                                               Chapter 7
**MARIO CORREA**
SSN: XXX-XX-4339

_____Debtor(s)._____/

**TRUSTEE'S MOTION TO COMPEL
TURNOVER OF NON-EXEMPT PROPERTY**

Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Mario Correa (the "Trustee"), through counsel and pursuant to 11 U.S.C. §§ 541 and 542 of the Bankruptcy Code, files this Motion to Compel Debtor to Turnover Non-Exempt Property (the "Motion"), and in support thereof, states as follows:

1. This case commenced with the filing of a voluntary Chapter 7 Petition by the Debtor, Mario Correa on August 21, 2014. Marcia T. Dunn is the duly appointed Chapter 7 Trustee.

2. The Debtor's Schedule "B" lists a variety of personal property including, but not limited to, (a) two Jetstream Financial bank accounts with an aggregate scheduled value of $6.50 (the "Bank Accounts"); (b) a 20009 Mini Cooper 2D with a scheduled value of $7,649.48 (the "Mini"); and (c) a 2005 Chevrolet Trailblazer with a scheduled value of $4,950 (the "Trailblazer") (collectively, the "Scheduled Property"). In addition, the Debtor may receive a Federal Income Tax Refund for the period through the Petition Date (the "Refund"). The Scheduled Property and the Refund shall be collectively referred to as the ("Property").

3. The Debtor also has a ½ interest in the real property located at 1681 W 72nd Street, Hialeah, Florida which he is surrendering (the "Real Property"). The Real Property has equity in the amount of $48,073.00.

Case No. 14-28846-BKC-RAM

4. The Debtor claimed a portion of the Property as exempt. The Real Property was not claimed as exempt.

5. Based on a review of the documents provided and other salient information, the Trustee asserts that a portion of the Property may be undervalued.

6. The Debtor disputes certain aspects of the Trustee's analysis.

7. The Trustee has been attempting to negotiate a global settlement with the Debtor for the valuation and repurchase of their non-exempt interest in the Scheduled Personal Property.

8. The Debtor's non-exempt interest in the Property is property of the estate pursuant to 11 U.S.C. §541 and subject to turnover.

9. The Debtor's failure to either: (a) repurchase his non-exempt interest in the Property; or (b) turn over his non-exempt interest in the Property to the Trustee is prejudicing the Trustee's administration of this Estate.

10. Accordingly, the Trustee seeks entry of an order compelling the Debtor to either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase his non-exempt interest in the Property; or (b) immediately turn over the non-exempt portion of the Property to the Trustee.

**WHEREFORE**, Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Mario Correa, respectfully requests this Honorable Court enter an Order: (1) granting the instant Motion; (2) directing the Debtor to either: (a) immediately enter into a stipulation with the Trustee for the valuation and repurchase his non-exempt interest in the Property; or (b) immediately turn over the non-exempt portion of the Property to the Trustee; and (3) granting such other and further relief as this Court deems just and proper.

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171

Case No. 14-28846-BKC-RAM

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished on April 1, 2015, to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to the following:

Mario Correa
7736 W 14th Avenue
Hialeah, FL 33014-3421

Respectfully submitted,

/s/ Jessika A. Graham
Jessika A. Graham
Fla. Bar No. 72452
Joel L. Tabas
Fla. Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Marcia T. Dunn
One Flagler Building
14 Northeast First Avenue - PH
Miami, Florida  33132
Telephone:  (305) 375-8171
Facsimile:  (305) 381-7708
Jtabas@tabasfreedman.com

3

TABAS, FREEDMAN & SOLOFF, P.A. · ONE FLAGLER BUILDING, 14 NORTHEAST FIRST AVENUE, PENTHOUSE, MIAMI, FLORIDA 33132 · (305) 375-8171