

**ORDERED in the Southern District of Florida on May 27, 2015.**

_____
Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  CASE NO.: 14-28846-BKC-RAM
  Chapter 7
**MARIO CORREA**
SSN: XXX-XX-4339
       Debtor.       /

**AGREED ORDER GRANTING TRUSTEE'S MOTION TO COMPEL
TURNOVER OF NON-EXEMPT PROPERTY**

**THIS CAUSE** having come before the Court on May 26, 2015 at 10:30 a.m. upon Trustee's Motion to Compel Turnover of Non-Exempt Property [ECF 55] (the "Motion[1]"), and the Court, having reviewed the Motion, having heard argument of the parties, and based on the record, it is

**ORDERED** as follows:

1.    The Motion is granted, subject to the terms of this Order.

---

[1] All undefined terms shall have the meanings ascribed to them in the Motion.

Page 1 of 2

CASE NO. 14-28856-BKC-RAM

2. Brian Edward Casteel and Tara Dauria Casteel are directed to turn over the 2005 Chevrolet Trailblazer to the Trustee within fifteen (15) days of entry of this Order.

3. If the parties in possession of the Trailblazer believe they have an interest in the Trailblazer, then they shall file a Motion for Reconsideration of the Order within fourteen (14) days.

###

Submitted By:
Joel L. Tabas
Florida Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Joel L. Tabas
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, Florida  33132
Telephone:  (305) 375 8171
Facsimile:  (305) 381 7708
E mail: joel@tabasfreedman.com

Joel L. Tabas
Attorney Joel L. Tabas is directed to serve copies of this Order on the parties listed and file a Certificate of Service