UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                                                    CASE NO.:  14-28846-BKC-RAM
                                                                                              Chapter 7
**MARIO CORREA**
SSN: XXX-XX-4339
_____Debtor._____/

### TRUSTEE, MARCIA T. DUNN'S (1) NOTICE OF NON-COMPLIANCE AND (2) *EX PARTE* MOTION FOR (A) ENTRY OF ORDER TO SHOW CAUSE AND (B) HEARING ON SAME

Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Mario Correa (the "Trustee"), through counsel, and pursuant to this Court's Order granting the Trustee's *Motion to Compel Turnover of Non-Exempt Property* [ECF 60] (the "Order") entered on May 27, 2015, gives notice that Brian Edward Casteel and Tara Dauria Casteel (collectively, the "Casteels") have failed to turn over the 2005 Chevrolet Trailblazer to the Trustee within fifteen (15) days from entry of the Order.

The time provided by the Court in the Order has elapsed.  Trustee has made repeated attempts to resolve the matter, without success. The Trustee asserts that the Casteels' failure to comply with the Order is prejudicing the Trustee's administration of this Estate and warrants a finding of contempt against the Casteels.

Accordingly, the Trustee seeks an entry of an order, in the form that accompanies this Motion, scheduling a hearing for the Casteels to show cause that she should not be held in contempt of this Court for their willful violation of the Order, and why sanctions, including, but not limited to, attorneys' fees for brining this action, should not be imposed.

**WHEREFORE**, Marcia T. Dunn, as Chapter 7 Trustee of the Bankruptcy Estate of Marie Brown respectfully requests this Honorable Court enter an Order: (1) enter an Order to Show Cause Why Brian Edward Casteel and Tara Dauria Casteel Should Not be Held in

CASE NO.:  14-28856-BKC-RAM

Contempt for the Violation of Lawful Order of this Court, and schedule a hearing on same; and (2) granting such other and further relief as this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September 3, 2015, a true and correct copy of the foregoing was served via electronic transmission to the parties who are currently on the list to receive e-mail notice/service for this case, and via U.S. Mail to:

Mario Correa
7736 W 14th Avenue
Hialeah, FL 33014

Brian and Tara Casteel
11260 NW 22 ST
Plantation, FL 33323

Sherry Ann Correa
1681 W 72 ST
Hialeah, FL 33014

Marilyn Blumberg, Esq.
100 SE 2nd St Ste 2700
Miami, FL 33131-2150

    Respectfully submitted,

    /s/ Jessika A. Graham
    Jessika A. Graham
    Fla. Bar No. 72452
    Tabas, Freedman & Soloff, P.A.
    Attorneys for Trustee, Marcia T. Dunn
    One Flagler Building
    14 Northeast First Avenue - Penthouse
    Miami, Florida 33132
    Telephone:  (305) 375-8171
    Facsimile:  (305) 381-7708
    jgraham@tabasfreedman.com

2