ORDERED in the Southern District of Florida on Sept 3, 2015



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          CASE NO.: 14-28846-BKC-RAM
                                                                Chapter 7
**MARIO CORREA**
SSN: XXX-XX-4339

_____Debtor._____/

### ORDER SETTING HEARING FOR BRIAN EDWARD CASTEEL AND TARA DAURIA CASTEEL TO SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT OF THIS COURT

**THIS CAUSE** having come before the Court upon *Trustee, Marcia T. Dunn's (1) Notice of Non-Compliance and (2) Ex Parte Motion for (A) Entry of Order to Show Cause and (B) Hearing on Same* (the "Motion"), and the Court, having reviewed: (a) the Motion; (b)

CASE NO.: 14-28856-BKC-RAM

the Court file; having determined that the relief requested in the Motion is in the best interests of this Estate; and being otherwise fully advised in the premises; it is

**ORDERED** as follows:

1. The Motion is granted.

2. Brian Edward Casteel and Tara Dauria Casteel shall appear at a Show Cause hearing on Oct. 8, 2015 at 11:30 a.m. before the Honorable Robert A. Mark, C. Clyde Atkins United States Courthouse 301 N. Miami Avenue Courtroom 4 Miami, Florida 33128 (the "Hearing").

3. At the Hearing, the Brian Edward Casteel and Tara Dauria Casteel shall show cause why they should not be held in contempt of this Court for willfully failing to comply with the Order, and why sanctions, including, but not limited to reasonable attorneys' fees should not be imposed.

###

Submitted By:

Joel L. Tabas
Florida Bar No. 516902
Tabas, Freedman & Soloff, P.A.
Attorneys for Trustee, Marcia T. Dunn
One Flagler Building
14 Northeast First Avenue, Penthouse
Miami, Florida 33132
Telephone: (305) 375 8171
Facsimile: (305) 381 7708
Email: jtabas@tabasfreedman.com

Copy furnished to:
Joel L. Tabas
Attorney Joel L. Tabas is directed to serve copies of this Order on the parties listed and file a Certificate of Service.