UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:

MARIO CORREA   CASE NO.: 14-28846-BKC-RAM
   Chapter 7

Debtor(s),
_____/

## TRUSTEE'S NOTICE OF ABANDONMENT

MARCIA T. DUNN, Trustee, the duly appointed and acting Trustee for the above captioned estate, pursuant to Bankruptcy Rule 6007, reports that she intends to abandon the following property of the estate:

### 2005 CHEVROLET TRAILBLAZER

There does not appear to be any equity in said property and said property constitutes an administrative burden to this estate.

**PURSUANT TO BANKRUPTCY RULE 6007, THE PROPOSED ABANDONMENT WILL BE DEEMED APPROVED WITHOUT NECESSITY OF A HEARING OR ORDER, IF NO OBJECTION IS FILED AND SERVED WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE.**

Any objection to this abandonment <u>must</u> be filed with the Clerk of the Bankruptcy Court, 51 SW First Avenue, 15th Floor, Miami, Florida 33130, with a copy sent to the Trustee.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to this 22nd day of October, 2015 to all parties on the attached service list.

   /s/
   _____
   Marcia T. Dunn, Trustee
   555 N.E. 15th Street, Suite 934A
   Miami, Florida
   Telephone: 786.433.3866
   Facsimile: 786.260.0269
   mdunn@dunnlawpa.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 14-28846-RAM<br>Southern District of Florida<br>Miami<br>Thu Oct 22 11:55:29 EDT 2015 | Bank of America<br>c/o Gladstone Law Group, P.A.<br>c/o Shirley Palumbo<br>1499 West Palmetto Park<br>Suite 300<br>Boca Raton, FL 33486-3322 | VT, Inc., as Trustee of World Omni LT<br>c/o James B. Flanigan, Esq<br>110 SE 6th Str, 15th Flr<br>Fort Lauderdale, FL 33301-5004 |
| American Express Bank FSB<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American Express Centurion Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern  PA 19355-0701 | American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| Amex<br>Po Box 297871<br>Fort Lauderdale, FL 33329-7871 | Bank of Ameraic<br>4161 Piedmont Pkwy<br>Greensboro, NC 27410-8119 | Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801-5014 |
| Bk Of Amer<br>9000 Southside Blvd Bldg<br>Jacksonville, FL 32256-6705 | (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Cap1/Bstby<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Capital One NA<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Chase<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase/Cc<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | Comenity Bank/Eddiebau<br>995 W 122nd Ave<br>Westminster, CO 80234-3417 |
| Credit Coll<br>Po Box 9134<br>Needham, MA 02494-9134 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Fin Svcs Llc<br>Po Box 15316<br>Wilmington, DE 19850-5316 |
| Diversified<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-2805 | Diversified Consultant<br>10550 Deerwood Park Blvd<br>Jacksonville, FL 32256-0596 | G M A C<br>Po Box 105677<br>Atlanta, GA 30348-5677 |
| Gdyr/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Jetstream Federal Cu<br>6600 Cow Pen Rd Ste 100<br>Miami Lakes, FL 33014-7618 | Kohls/Capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | Quantum3 Group LLC as agent for<br>Credit Corp Solutions Inc<br>PO Box 788<br>Kirkland, WA  98083-0788 |

| | | |
|---|---|---|
| Sears/Cbna<br>Po Box 6189<br>Sioux Falls, SD 57117-6189 | Sears/Cbna<br>Po Box 6283<br>Sioux Falls, SD 57117-6283 | Sherry Ann Correa<br>1681 West 72nd street<br>Hialeah, FL 33014-4463 |
| Syncb/Brandsmart<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/Brandsmart Platn<br>Po Box 981474<br>El Paso, TX 79998 | Syncb/City Furniture<br>Po Box 981439<br>El Paso, TX 79998-1439 |
| Syncb/Dillards<br>Po Box 965024<br>Orlando, FL 32896-5024 | Syncb/Jcp<br>Po Box 965007<br>Orlando, FL 32896-5007 | Syncb/Lowes<br>Po Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Rooms To Go<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/Walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 | Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Unvl/Citi<br>Po Box 6241<br>Sioux Falls, SD 57117-6241 | VT, Inc. as Trustee of World Omni LT<br>c/o James B. Flanigan, Esquire<br>110 SE 6th Street, 15th Floor<br>Fort Lauderdale, FL 33301-5004 | Vw Credit Inc<br>1401 Franklin Blvd<br>Libertyville, IL 60048-4460 |
| World Omni<br>Po Box 91614<br>Mobile, AL 36691-1614 | Marcia T Dunn<br>555 NE 15 St, Ste 934-A<br>Miami, FL 33132-1455 | Mario Correa<br>7736 W 14th Avenue<br>Hialeah, FL 33014-3421 |
| Robert Sanchez Esq<br>355 W 49 St.<br>Hialeah, FL 33012-3715 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bk Of Amer
Po Box 982235
El Paso, TX 79998

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix  
Mailable recipients    48  
Bypassed recipients     1  
Total                  49