## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                         Case No. 14-28846-RAM
                                                       Chapter 7

Mario Correa

           Debtor(s).       /

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to Local Rule 9010-1(A)–(B) of the Federal Rules of Bankruptcy Procedure, Patrick L. Cordero, Esq., The Law Offices of Patrick L. Cordero, P.A., the undersigned counsel, enters an appearance for the non-filing spouse, Sherry Correa, and requests to be served with copies of all pleadings and/or documents at 198 NW 37th Ave., Miami, Florida 33125 and electronic service is to be directed to PCBankruptcyMail@pcorderolaw.com.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on all parties listed before and in the manner indicated on November 2, 2015.

The following entities were served by electronic transmission:
Marcia T. Dunn, Trustee

The following entities were served by First Class Mail:
All creditors on the matrix.

Dated: November 2, 2015                    Respectfully submitted,

                                                   Law Offices of Patrick L Cordero, Esq.
                                                     Attorney for Debtor(s).
                                                     198 NW 37th Avenue
                                                     Miami, Florida 33125
                                                     Tel: (305) 445-4855



By:    /s/ (FILED ECF)
[  ] Patrick L. Cordero, Esq., FBN 801992
[  ] Miriam V. Marenco, Esq., FBN 86115
[  ] Giselle Velez, Esq., FBN 71004
[  ] Marlene Sato, Esq., FBN 113717
[ x ] Aileen N. Gonzalez, FBN 118695

Label Matrix for local noticing
113C-1
Case 14-28846-RAM
Southern District of Florida
Miami
Mon Nov  2 16:39:57 EST 2015

Bank of America
c/o Gladstone Law Group, P.A.
c/o Shirley Palumbo
1499 West Palmetto Park
Suite 300
Boca Raton, FL 33486-3322

VT, Inc., as Trustee of World Omni LT
c/o James B. Flanigan, Esq
110 SE 6th Str, 15th Flr
Fort Lauderdale, FL 33301-5004

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American InfoSource LP as agent for
T Mobile/T-Mobile USA Inc
PO Box 248848
Oklahoma City, OK  73124-8848

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Bank of Ameraic
4161 Piedmont Pkwy
Greensboro, NC 27410-8119

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801-5014

Bk Of Amer
9000 Southside Blvd Bldg
Jacksonville, FL 32256-6705

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Cap1/Bstby
Po Box 5253
Carol Stream, IL 60197-5253

Capital One NA
c/o Becket and Lee LLP
POB 3001
Malvern PA 19355-0701

Capital Recovery V, LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

Chase
Po Box 15298
Wilmington, DE 19850-5298

Chase/Cc
Po Box 15298
Wilmington, DE 19850-5298

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank/Eddiebau
995 W 122nd Ave
Westminster, CO 80234-3417

Credit Coll
Po Box 9134
Needham, MA 02494-9134

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Diversified
10550 Deerwood Park Blvd
Jacksonville, FL 32256-2805

Diversified Consultant
10550 Deerwood Park Blvd
Jacksonville, FL 32256-0596

G M A C
Po Box 105677
Atlanta, GA 30348-5677

Gdyr/Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Jetstream Federal Cu
6600 Cow Pen Rd Ste 100
Miami Lakes, FL 33014-7618

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-7096

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

PYOD, LLC its successors and assigns as assi
of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA  98083-0788

Sears/Cbna
Po Box 6189
Sioux Falls, SD 57117-6189

Sears/Cbna
Po Box 6283
Sioux Falls, SD 57117-6283

Sherry Ann Correa
1681 West 72nd street
Hialeah, FL 33014-4463


Syncb/Brandsmart
Po Box 965036
Orlando, FL 32896-5036

Syncb/Brandsmart Platn
Po Box 981474
El Paso, TX 79998

Syncb/City Furniture
Po Box 981439
El Paso, TX 79998-1439


Syncb/Dillards
Po Box 965024
Orlando, FL 32896-5024

Syncb/Jcp
Po Box 965007
Orlando, FL 32896-5007

Syncb/Lowes
Po Box 965005
Orlando, FL 32896-5005


Syncb/Rooms To Go
Po Box 965036
Orlando, FL 32896-5036

Syncb/Walmart
Po Box 965024
Orlando, FL 32896-5024

Target Nb
Po Box 673
Minneapolis, MN 55440-0673


Unvl/Citi
Po Box 6241
Sioux Falls, SD 57117-6241

VT, Inc. as Trustee of World Omni LT
c/o James B. Flanigan, Esquire
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301-5004

Vw Credit Inc
1401 Franklin Blvd
Libertyville, IL 60048-4460


World Omni
Po Box 91614
Mobile, AL 36691-1614

Marcia T Dunn
555 NE 15 St, Ste 934-A
Miami, FL 33132-1455

Mario Correa
7736 W 14th Avenue
Hialeah, FL 33014-3421


Robert Sanchez Esq
355 W 49 St.
Hialeah, FL 33012-3715


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Bk Of Amer
Po Box 982235
El Paso, TX 79998


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients 48
Bypassed recipients 1
Total 49