UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                          Case No.: 14-28846-RAM
**Mario Correa**                                                Chapter 7

_____**Debtor**_____/

### CERTIFICATE OF SERVICE and CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 9073-1(D)

I certify that a true copy of this Motion For Reconsideration, and/or Clarification Real Property Is The Homestead Of Non-Filing Spouse, and a true copy of the motion or other paper that is the subject of the notice of hearing (if not previously served) were served as follows:

**The following entities were served by electronic transmission:**

- Nancy K. Neidich    e2c8f01@ch13herkert.com
- Jessika Graham      jarce@tabasfreedman.com

**The following entities were served and in the manner indicated below on November 12, 2015**

**Mario Correa**
**7736 W. 14th Avenue**
**Hialeah, FL 33014**

**Sherry Ann Correa**
**1681 W. 72nd Street**
**Hialeah, FL 33014**

**Marcia T Dunn**
**555 NE 15 St. Ste 934-A**
**Miami, FL 33132**

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

_____/s/ (FILED ECF)_____
Marlene Sato, Esq.
FL Bar No. 113717

LF-70 (rev. 12/01/09)