

**ORDERED in the Southern District of Florida on December 17, 2015.**

Robert A. Mark, Judge
United States Bankruptcy Court

___

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

In re:                                     Case No.: 14-28846-BKC-RAM
                                                  Chapter 7

**MARIO CORREA
SSN: XXX-XX-4339**

                   **Debtor /**

### ORDER GRANTING IN PART AND DENYING IN PART MOTION FOR RECONSIDERATION, AND/OR CLARIFICATION REAL PROPERTY IS THE HOMESTEAD OF NON-FILING SPOUSE

**THIS CAUSE** having come before the Court on December 10, 2015, at 10:00 a.m. upon Sherry Correa ("Non-Filing Spouse"), Motion for Reconsideration, And/Or Clarification Real Property Is the Homestead of Non-Filing Spouse (the "Motion"), it is

**ORDERED** as follows:

1.     The Motion is granted inpart and denied in part.

2.     This Order supplements the Order Granting Motion to Compromise [DE 79].

2. The disposition of the Real Property located at 1681 W 72 St Hialeah, FL 33014 is the exclusive jurisdiction of the state court.

4. The Chapter 7 Trustee shall not intervene in the state court dissolution of marriage proceedings.

# # #

Respectfully Submitted:

**Law Offices of Patrick L. Cordero, Esq.**
Attorney for Debtor(s)
198 NW 37 Avenue
Miami, Fl 33125
Tel: (305) 445-4855

　　　/s/ FILED ECF
Marlene Sato, Esq.
Fl Bar No: 113717

Attorney Patrick L. Cordero is directed to mail a conformed copy of this order to all interested parties and to file a certificate of service with the clerk of the Bankruptcy court.

Copy furnished to:
Robert Sanchez, Esq court@bankruptcyclinic.com
Marcia T. Dunn, Esq. mdunn@dunnlawpa.com
Jessika A. Graham, Esq. jarce@tabasfreedman.com
Joel L. Tabas, Esq. jtabas@tabasfreedman.com
Marilyn Blumberg, Esq. spike1126@bellsouth.net